**Order entered August 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00911-CV

### IN RE A.P. AND D.P., INDIVIDUALLY AND
### AS NEXT FRIENDS FOR K.D.P., A MINOR, Relators

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 102717-CC**

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/    LANA MYERS
        JUSTICE